JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al.,<br>Plaintiffs,<br>v.<br>1840 WINONA LLC, et al.,<br>Defendants. | Case No. CV 26-5833-MWF(DSRx)<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY |

The Court has considered the parties' Stipulation for Dismissal with Prejudice of All Defendants and Plaintiffs' Complaint in its Entirety (the "Stipulation"). (Docket No. 15). For good cause shown, the Court GRANTS the Stipulation. The Court DISMISSES with prejudice all Defendants from Plaintiffs' Complaint and DISMISSES with prejudice Plaintiffs' Complaint in its entirety. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: October 21, 2026

MICHAEL W. FITZGERALD
United States District Judge